UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE W. JEAN-LOUIS, <br><br>                       Plaintiff, <br><br> -against- <br><br> FIRE DEPARTMENT NEW YORK; GOVERNOR OF NEW YORK, <br><br>                     Defendants. | 24cv4650 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the June 20, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 20, 2024
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                 Chief United States District Judge